UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RODOLFO IXCHIU GONZALEZ (A-Number: 221-442-292),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-07588-KES-SAB (HC)<br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br>Doc. 1 |

Petitioner Bryan Rodolfo Ixchiu Gonzalez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus. Doc. 1. Respondent maintains that 8 U.S.C. § 1225(b)(2)(A) governs here, but he acknowledges that the Ninth Circuit rejected that argument in *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), and held that 8 U.S.C. § 1226(a) applies to noncitizens in petitioner's circumstances. *See* Doc. 5. Respondent further acknowledges that, in light of *Rodriguez Vazquez*, petitioner is entitled to a custody redetermination hearing before an immigration judge. *Id.*

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Bryan Rodolfo Ixchiu Gonzalez (A-Number: 221-442-292) with

a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within fourteen (14) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: November 2, 2026

UNITED STATES DISTRICT JUDGE